RECEIVED

JUL - 9 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

*So Ordered.*
*Anne E. Thompson 7/9/18*
*Case closed -*

**GOLDBERG SEGALLA LLP**
CHRISTIAN A. CAVALLO, ESQ. (ATTY. NO. 8582413)
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102
T: (973) 681-7000
F: (973) 681-7101
ccavallo@goldbergsegalla.com
*Attorneys for Plaintiff,*
*Scottsdale Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>T.J.K. STADIUM, INC., THOMAS J. KEELAN, CHRISTOPHER J. McKENNA, and ANDREW L. PEZZA,<br><br>Defendants. | Civil Action No.: 3:18-cv-723 (AET) (TJB)<br><br>ORDER AND<br>STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed to among the respective attorneys for plaintiff Scottsdale Insurance Company and for defendants T.J.K. Stadium, Inc., Thomas J. Keelan, and Andrew L. Pezza that all claims, counter-claims, and third-party claims are dismissed without prejudice and without costs to any party.

| | |
|---|---|
| **GOLDBERG SEGALLA LLP**<br>Attorneys for Plaintiff,<br>Scottsdale Insurance Company<br><br>*/s/ Christian A. Cavallo*<br><br>CHRISTIAN A. CAVALLO | **LEARY, BRIDE, TINKER & MORAN, P.C**<br>Attorneys for Defendants,<br>T.J.K. Stadium, Inc. and Thomas J. Keelan<br><br>*/s/ Joseph A. Reardon, III*<br><br>JOSEPH A. REARDON, III |

1

Dated: 7/9/18                                  Dated: 6/29/18

**LAW OFFICE OF DONALD F. BURKE**
Attorneys for Defendant,
Andrew L. Pezza

*/s/ Donald F. Burke*
DONALD F. BURKE

Dated: 7/9/18