

**GOLDBERG SEGALLA**<sup>LLP</sup>

Hillary N. Ladov | Associate
Direct 267.519.6846 | hladov@goldbergsegalla.com

July 11, 2018

**R E C E I V E D**

**JUL 12 2018**

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

*Via Electronic Filing*
The Hon. Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

    Re:   *Scottsdale Insurance Company v. T.J.K Stadium, et al.*
           Docket No. 3:18-cv-723

Dear Judge Thompson:

    Further to our conversation with your Chambers on July 10, 2018, please allow this letter to confirm that Scottsdale Insurance Company <u>voluntarily dismisses</u> its claims against defendant Christopher McKenna as Christopher McKenna did not answer the complaint or otherwise participate in this matter.

                                    Sincerely,

                                    Hillary N. Ladov

cc:   Donald Burke, Esq. (via Email and Electronic Filing)
        Joseph Reardon, Esq. (via Email and Electronic Filing)
        Sidney Rossi, Esq. (via Email)
        Robert Pettoni, Esq. (via Email)

HNL:

*So ordered. 7/12/18*
*Anne E. Thompson*
*The Clerk's office is directed to close this case.*